United States District Court
Southern District of Texas
**ENTERED**
May 12, 2023
Nathan Ochsner, Clerk

# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-90012

————————

United States Courts Southern
District of Texas
FILED

*April 26, 2023*

Nathan Ochsner, Clerk of Court

In re Serta Simmons Bedding, L.L.C.,

*Debtor*,

Excluded Lenders; LCM Lenders,

*Petitioners*,

*versus*

Serta Simmons Bedding, L.L.C.; Barings, L.L.C.; Boston Management and Research; Credit Suisse Asset Management, L.L.C.; Eaton Vance Management; Invesco Senior Secured Management, Incorporated; AGF Floating Rate Income Fund; Brighthouse Funds Trust I - Brighthouse/Eaton Vance Floating Rate Portfolio; Calvert Management Series - Calvert Floating-Rate Advantage Fund; Eaton Vance CLO 2013-1 Limited; Eaton Vance CLO 2014-1 Limited, Et al.

*Respondents*.

————————————————————

Appeals from the United States District Court
for the Southern District of Texas
USDC Nos. 4:23-CV-1342 and 4:23-CV-1344
USDC No. 4:23-BK-90020

————————————————————

UNPUBLISHED ORDER

No. 23-90012

Before STEWART, WILLETT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Petitioners' unopposed motion for permission to appeal pursuant to 28 U.S. §158(d) is GRANTED.

IT IS FURTHER ORDERED that Petitioners' opposed motion to expedite the appeal is DENIED.